```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 12-23476-Civ-SEITZ
                                  (11-20413-Cr-SEITZ)
                          MAGISTRATE JUDGE P.A. WHITE
CRYSTAL TUNNING,          :

        Movant,           :

v.                        :     REPORT OF MAGISTRATE
                                   JUDGE ON NOTICE
UNITED STATES OF AMERICA  :     FOR VOLUNTARY DISMISSAL

        Defendants.       :
_____
```

Movant has filed a *pro se* motion to vacate pursuant to 28 U.S.C. §2255 challenging the constitutionality of her conviction and sentence for conspiracy to possess with intent to distribute 500 grams or more of methamphetamine entered following a guilty plea in case no. 11-20413-Cr-Seitz.

This Cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. §636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2254 Cases in the United States District Courts.

This court, recognizing that the movant was *pro se,* afforded her liberal construction pursuant to Haines v. Kerner, 404 U.S. 419 (1972). In her form §2255 motion (Cv-DE#1:4), the movant raised numerous claims, including a claim of ineffective assistance of counsel for failing to prosecute a requested direct appeal. Counsel was appointed and an evidentiary hearing scheduled on that claim to be held Thursday, September 12, 2013. (Cv-DE#13).

On September 9th, 2013, movant's counsel has filed a notice of voluntary dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a). (Cv-DE#15). Because dismissal of this motion does not waive the one year statute of limitations established by 28 U.S.C. §2255 or other procedural defenses which may apply to any future motion to vacate, the movant is cautioned that dismissal of this motion to vacate may not guarantee federal consideration of her claims should she re-file another motion at a later time.

For the foregoing reasons, it is recommended that the movant's notice of voluntary dismissal (Cv-DE#15) be **GRANTED**, and that the motion to vacate be dismissed, without prejudice except as to any application of the federal statute of limitations or other procedural defenses which may apply.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report. IF THE MOVANT UPON CONSIDERING THE INFORMATION CONTAINED IN THIS REPORT DECIDES SHE DOES NOT WISH TO DISMISS THIS CASE BUT INSTEAD WISHES TO GO FORWARD WITH THIS MOTION, SHE SHOULD SAY SO PROMPTLY IN OBJECTIONS TO THIS REPORT.

Signed this 11th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Crystal Tunning
    Reg. No. 96989-004
    Federal Detention Center-Miami
    P.O. BOX 019120
    Miami, FL  33101

    Paul Petruzzi, Esquire
    Attorney for Movant
    169 E. Flagler Street
    Suite 1241
    Miami, FL 33131
    Phone: 305/373-6773
    Fax: 305/373-3832
    e-mail: petruzzi-law@msn.com

    Adam S. Fels, AUSA
    U.S. Attorney's Office
    99 N.E. 4th Street
    Miami, FL 33132
    Phone: 305/961-9325
    Fax: 305/536-7313
    e-mail: adam.fels@usdoj.gov

    Betty Rodriguez, Deputy Clerk